# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:26-CR-84-D

UNITED STATES OF AMERICA )
)
v. )
) **ORDER**
KA'NAUTICA SHYLEXUS STARKIE, )
)
Defendant. )

The court has reviewed the record, the Bail Reform Act, and defendant's motion to revoke detention order and reopen detention hearing. See [D.E. 24]. Defendant's motion gives no reason to revisit the detention decision. In light of defendant's guilty plea on July 21, 2026, the pretrial services report [D.E. 16], and the burden of proof, the court DENIES defendant's motion [D.E. 24]. See 18 U.S.C. §§ 3143(a), 3145(b).

SO ORDERED. This 22 day of July, 2026.

JAMES C. DEVER III
United States District Judge