**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Western Division**

**Docket No. 5:26-CR-84-1D**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **KA'NAUTICA SHYLEXUS STARKIE** | ) | |
| **Defendant** | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for October 19, 2026, in Raleigh. The case is hereby CONTINUED to December 2026 in Raleigh, North Carolina.

This 8 day of September 2026.

James C. Dever III
U.S. District Judge